UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

SHARON LEE,

                    Plaintiff,              20-cv-1816 (JGK)

          - against -                   ORDER

TRUIST BANK, ET AL.,

                    Defendants.
────────────────────────────────

JOHN G. KOELTL, District Judge:

     The plaintiff may file an amended complaint by **June 3, 2020.** The defendants may move or answer to the amended complaint by **June 24, 2020**. If the defendants make a motion, the plaintiff may respond by **July 15, 2020** and the defendants may reply by **July 27, 2020**. No pre-motion conference is necessary.

     If no motion is filed, the parties should submit a Rule 26(f) report by **June 24, 2020**.

SO ORDERED.


Dated:    New York, New York
          May 13, 2020            _____/s/ John G. Koeltl_____
                                      **John G. Koeltl**
                                **United States District Judge**